# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 639 MAL 2014
:
             Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
WILLIAM TERRY LEDFORD, :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.